[No. 5252–1. Division One. March 20, 1978.]

JACK T. BOSTWICK, *Appellant,* v. THE DEPARTMENT OF
LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 51381, Marshall Forrest, J., entered

December 8, 1976. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen and Dore, JJ.